PREFERENCE PEROID PAYMENT DETAIL

PAYMENTS MADE TO INDIVIDUALS WITHIN 90 DAYS PRIOR TO FILING

IN RE ST. MARY'S HOSPITAL, PASSAIC, N.J.

**GLACIAL ENERGY**

| CHECK NO. | CHECK DATE | BANK CLEAR DATE | PAID AMT |
|---|---|---|---|
| 12182008 | 12/18/2008 | 12/18/2008 | $34,680.80 |
| 122408 | 12/24/2008 | 12/24/2008 | $34,680.80 |
| 12302008 | 12/30/2008 | 12/30/2008 | $34,680.80 |
| 12020093 | 1/20/2009 | 1/20/2009 | $43,475.06 |
| 126200922 | 2/1/2009 | 2/1/2009 | $86,950.06 |
| 2242009 | 2/24/2009 | 2/24/2009 | $52,440.56 |
| 1022009220 | 3/1/2009 | 3/1/2009 | $42,148.48 |
| | | TOTAL PREFERENCE PERIOD TRANSFERS: | $329,056.56 |

1504573